```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 38568
   CATHERINE MCBRIDE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4309

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/18/2004 and was confirmed 12/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  85.00%.

     The case was paid in full 10/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
ROUNDUP FUNDING LLC          SECURED          6500.00        474.25       6500.00
AMERICREDIT FINANCIAL SV     NOTICE ONLY     NOT FILED          .00           .00
INTERNAL REVENUE SERVICE     PRIORITY         1438.54          .00       1438.54
INTERNAL REVENUE SERVICE     NOTICE ONLY     NOT FILED          .00           .00
AMCA                         UNSECURED       NOT FILED          .00           .00
ARGENT HEALTHCARE FIN SE     UNSECURED       NOT FILED          .00           .00
BALLYS TOTAL FITNESS         UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC          UNSECURED        3352.16          .00       2849.34
EHC MEDICAL GROUP NORTHW     UNSECURED       NOT FILED          .00           .00
MEDICAL BUSINESS BUREAU      UNSECURED       NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC     UNSECURED        1485.76          .00       1262.90
MIDLAND CREDIT MANAGEMEN     UNSECURED       NOT FILED          .00           .00
ASSET ACCEPTANCE CORP        UNSECURED        3762.57          .00       3198.18
PROVIDIAN                    NOTICE ONLY     NOT FILED          .00           .00
SPRINT                       UNSECURED       NOT FILED          .00           .00
SPRINT PCS                   NOTICE ONLY     NOT FILED          .00           .00
SURPAS RESOURCE CORP         UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC          UNSECURED        4990.62          .00       4242.03
ZALUTSKY & PINSKI            UNSECURED        1329.52          .00       1130.09
INTERNAL REVENUE SERVICE     UNSECURED        2374.20          .00       2018.07
STEFANS STEFANS & STEFAN     DEBTOR ATTY      2,700.00                   2,700.00
TOM VAUGHN                   TRUSTEE                                     1,610.15
DEBTOR REFUND                REFUND                                        553.45

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   27,977.00

PRIORITY                                     1,438.54
SECURED                                      6,500.00

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 38568 CATHERINE MCBRIDE
```

```
     INTEREST                                            474.25
UNSECURED                                             14,700.61
ADMINISTRATIVE                                         2,700.00
TRUSTEE COMPENSATION                                   1,610.15
DEBTOR REFUND                                            553.45
                                 ---------------   ---------------
TOTALS                                 27,977.00         27,977.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
     Dated: 01/28/09             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 38568 CATHERINE MCBRIDE